# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mikaela Seales,

          Plaintiff,

v.

Liz Crokin,

          Defendant.

Civil No. 20-cv-1151 (WMW/HB)

**ORDER**

The complaint in this matter was filed on May 13, 2020. More than ninety (90) days have elapsed since suit was filed and there is no record that the Complaint has been served. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall:

1. File with the Court proof of service of the Complaint within ten (10) days of the date of this order;

2. If Defendant has been served:

    a. Notify defendant or her counsel immediately that she is required to answer or otherwise plead to the complaint <u>or</u> submit a stipulation for an extension of time to answer or otherwise plead within ten (10) days of service of the order;

    b. File the notice to defendant or her counsel in CM/ECF; and

    c. If no answer or other pleading is filed by the above-named defendant within ten (10) days of service of the notice, Plaintiff shall file an application for entry of default or motion for default within twenty (20) days of the date of this order; or

3. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated: September 28, 2020

                                                s/ *Hildy Bowbeer*
                                                HILDY BOWBEER
                                                United States Magistrate Judge