

RYAN MCLAUGHLIN

t: (763) 316-8323
mclaughlinlawllc@gmail.com
www.mclaughlin-law.com

October 2, 2020

**VIA EFILE & ESERVE**

Re: Response to Order to Show Cause
20-CV-1151

To The Honorable Court,

The Defendant in this matter has not yet been served, despite multiple attempts. Specifically, skip trace results have shown the below addresses as possible residences of Defendant. Unfortunately, each address has come back as "bad address" to the process server. Counsel is prepared to provide affidavits of nonservice for the below addresses.

- 406 11th Avenue North, Nashville TN 37203
- 16211 Parkside Lane #105, Huntington Beach, CA 92647
- 6220 W 3rd Street, Unit 204, Los Angeles CA 90036
- 21060 Pacific City Circle Unit 6304, Huntington Beach, CA 92648

Please allow Plaintiff an additional 90 days for retained Private Investigator to locate the Defendant.

Thank you in advance.

Sincerely,



Ryan McLaughlin, Esq.
**McLaughlin Law, LLC**
www.mclaughlin-law.com
mclaughlinlawllc@gmail.com
**O:** 320.318.0430
**C:** 763.316.8323