

**RYAN MCLAUGHLIN**

t: (763) 316-8323
mclaughlinlawllc@gmail.com
www.mclaughlin-law.com

December 10, 2020

**<u>VIA EFILE & ESERVE</u>**

Re: Response to Order to Show Cause
20-CV-1151

To The Honorable Court,

This correspondence is to update the Court on the status of this case.

This office filed a response to the Court's Order to Show Cause on October 2, 2020. At that time, the Defendant had not yet been served. At the present moment, this remains teh case.At this time, Plaintiff renews and reiterates her request for an additional 90 days for retained Private Investigator to locate the Defendant. With COVID-19 lockdowns around the country, service has been exceedingly difficult.

For the Court's records, the Defendant in this matter has not yet been served, despite multiple attempts. Specifically, skip trace results have shown the below addresses as possible residences of Defendant. Unfortunately, each address has come back as "bad address" to the process server. Counsel is prepared to provide affidavits of nonservice for the below addresses.

- 406 11th Avenue North, Nashville TN 37203
- 16211 Parkside Lane #105, Huntington Beach, CA 92647
- 6220 W 3rd Street, Unit 204, Los Angeles CA 90036
- 21060 Pacific City Circle Unit 6304, Huntington Beach, CA 92648

Please allow Plaintiff an additional 90 days for retained Private Investigator to locate the Defendant.

Thank you in advance.

Sincerely,

Ryan McLaughlin, Esq.
**McLaughlin Law, LLC**
www.mclaughlin-law.com
mclaughlinlawllc@gmail.com
**O:** 320.318.0430
**C:** 763.316.8323