Ryan S. McLaughlin (MN 394780)
MCLAUGHLIN LAW, LLC
PO Box 25922
Woodbury, MN 55125
Tel: (763) 316-8323

*Attorney for Plaintiff Mikaela Seales*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Civil Action No. 20-1151

| | |
|---|---|
| **Mikaela Seales,** | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| **Liz Crokin** | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

1

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and her Counsel hereby give notice that, on account of Plaintiff's financial hardship, the above-captioned action is voluntarily dismissed, without prejudice against the above-named defendant.

Date: 10 February 2021

Respectfully Submitted

/s/ Ryan McLaughlin
_____
McLaughlin Law LLC
Ryan McLaughlin #394780
PO Box 25922
Woodbury, MN 55125
Phone: 763.316.8323
Email: mclaughlinlawllc@gmail.com